**STATE of Minnesota, Respondent,**

v.

**John Henry BROWN, Appellant.**

**No. 81–306.**

Supreme Court of Minnesota.

Dec. 17, 1981.

C. Paul Jones, Public Defender, and Susan K. Maki, Asst. Public Defender, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., St. Paul, Thomas W. Foley, County Atty., Steven C. De Coster, Asst. County Atty., St. Paul, for respondent.

SHERAN, Chief Justice.

Appeal from a judgment of conviction of criminal sexual conduct in the first and second degree.

After the appeal was taken, the United States Supreme Court filed its opinion in *Edwards v. Arizona*, 451 U.S. 477, 101 S.Ct. 1880, 68 L.Ed.2d 378 (1981). Because this decision amplifies *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), it applies to this case. We therefore remand the matter to the district court for reconsideration of defendant's motion for a new trial in light of *Edwards*.